■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYES VEGA, Appellant. [659 NYS2d 762] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered December 1, 1994, convicting defendant, after a jury trial, of criminal sale

of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of $4^1/2$ to 9 years, unanimously affirmed.

The court properly exercised its discretion in denying defendant's application to conduct a courtroom demonstration (*see, People v Acevedo*, 40 NY2d 701, 704). The proposed demonstration would not have accurately recreated the conditions existing during the incident, and would likely have caused confusion among the jurors (*see, People v Scarola*, 71 NY2d 769, 777; *People v Esquilin*, 207 AD2d 686, *lv denied* 84 NY2d 907; *People v Gregg*, 203 AD2d 188, 189, *lv denied* 83 NY2d 911). Concur—Sullivan, J. P., Milonas, Ellerin, Tom and Mazzarelli, JJ.